UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKER'S UNION, LOCAL 1439,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED MEYER, INC.,<br><br>    Defendant. | NO. CV-07-184-RHW<br><br>**ORDER OF DISMISSAL** |

By previous order, the Court directed the parties in the above-captioned matter to show cause why it should not be dismissed (Ct. Rec. 9). In response, the parties filed a Stipulation for Order of Dismissal with Prejudice (Ct. Rec. 10).

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal with Prejudice (Ct. Rec. 10) is **GRANTED.**

2. The above-captioned matter is **dismissed with prejudice**, without assessment of costs or attorney's fees to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **close the file.**

**DATED** this 26th day of October, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2007\United.Food.dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1